**Opinion issued August 16, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00600-CV

———————————

## IN RE GLENN-LLOYD KINGHAM, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Glenn-Lloyd Kingham, has filed a petition for a writ of mandamus challenging an order of sale and judgment in the underlying trial court proceeding.[1]

We deny the petition.

---

[1] The underlying case is *Dickinson Independent School District v. Glenn L. Kingham*, cause number 14-TX-0272, pending in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.

1

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.